# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>v.<br><br>ELIZABETH MIKOVITCH<br>            Defendant | Civil Action No:  20-00525 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

            Respectfully submitted,
            KML Law Group, P.C.


            By: /s/Rebecca A. Solarz, Esq.
            Rebecca A. Solarz, Esquire
            Suite 5000 – BNY Independence Center
            701 Market Street
            Philadelphia, PA  19106-1532
            (215) 825-6327